UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TUNDE OGUNRINKA,

            Defendant.

No. 09 Cr. 543 (RJS)
ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/13/10
```

RICHARD J. SULLIVAN, District Judge:

Defendant's sentencing submission was due September 10, 2010. The Court is in receipt of a letter from Defendant's counsel seeking leave for an extension to file Defendant's sentencing memorandum on September 14, 2010. The government does not object. Accordingly, the request is GRANTED.

IT IS HEREBY ORDERED THAT Defendant's sentencing submission is due September 14, 2010 at 4:30 p.m. Sentencing will proceed as originally scheduled on September 24, 2010 at 2:00 p.m.

SO ORDERED.

Dated:     September 13, 2010
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE